**Pilar C. French**, OSB No. 962880
frenchp@lanepowell.com
**Megan E. Smith**, OSB No. 084758
smithme@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | | |
|---|---|---|
| **JOHN WOODWORTH** and **GILDA HODGES**, | | Case No. 09-CV-3058-CL |
| | Plaintiffs, | Defendant Bank of America, N.A.'s **CORPORATE DISCLOSURE** |
| v. | | |
| **BANK OF AMERICA, NATIONAL ASSOCIATION**, as successor in interest to **COUNTRYWIDE BANK, FSB**; **RECONTRUST COMPANY, NATIONAL ASSOCIATION,** and **FEDERAL HOME LOAN MORTGAGE CORPORATION,** aka FREDDIE MAC, | | |
| | Defendants. | |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Bank of America, National Association, as successor by merger to Countrywide Bank, FSB (incorrectly styled in the caption as "Bank of America, N.A., as successor in interest to Countrywide Bank, FSB), is an indirect wholly owned

PAGE 1 -   BANK OF AMERICA, NATIONAL ASSOCIATION'S CORPORATE
            DISCLOSURE

subsidiary of Bank of America Corporation ("BAC").  No publicly traded corporation owns more than 10 percent of BAC.

DATED:  October 8, 2010

        LANE POWELL PC

By   s/ Megan E. Smith
   Pilar C. French, OSB No. 962880
   Megan E. Smith, OSB No. 084758
   Telephone:  503.778.2170
Attorneys for Defendants

PAGE 2 -  BANK OF AMERICA, NATIONAL ASSOCIATION'S CORPORATE DISCLOSURE