**Pilar C. French**, OSB No. 962880
frenchp@lanepowell.com
**Megan E. Smith**, OSB No. 084758
smithme@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **JOHN WOODWORTH** and **GILDA HODGES**,<br><br>           Plaintiffs,<br><br>    v.<br><br>**BANK OF AMERICA, NATIONAL ASSOCIATION**, as successor in interest to **COUNTRYWIDE BANK, FSB**; **RECONTRUST COMPANY, NATIONAL ASSOCIATION,** and **FEDERAL HOME LOAN MORTGAGE CORPORATION,** aka FREDDIE MAC,<br><br>           Defendants. | Case No. 09-CV-3058-CL<br><br>Defendant ReconTrust Company, N.A.'s **CORPORATE DISCLOSURE** |

Pursuant to Fed. R. Civ. P. 7.1, defendant ReconTrust Company, National Association ("ReconTrust") advises that it is a national limited purpose banking association. It is a wholly

PAGE 1 -   RECONTRUST COMPANY, NATIONAL ASSOCIATION'S CORPORATE DISCLOSURE

owned subsidiary of Bank of America, N.A.  No publicly held company other than Bank of America, N.A. owns 10 percent or more of ReconTrust's stock.

DATED:  October 8, 2010

        LANE POWELL PC

By   s/ Megan E. Smith
   Pilar C. French, OSB No. 962880
   Megan E. Smith, OSB No. 084758
   Telephone:  503.778.2170
Attorneys for Defendants

PAGE 2 -   RECONTRUST COMPANY, NATIONAL ASSOCIATION'S CORPORATE DISCLOSURE