**Pilar C. French**, OSB No. 962880
frenchp@lanepowell.com
**Megan E. Smith**, OSB No. 084758
smithme@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone:  503.778.2100
Facsimile:  503.778.2200

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **JOHN WOODWORTH** and **GILDA HODGES**, | Case No. 09-CV-3058-CL |
| Plaintiffs, | Defendant Federal Home Loan Mortgage Corporation's |
| v. | **CORPORATE DISCLOSURE** |
| **BANK OF AMERICA, NATIONAL ASSOCIATION**, as successor in interest to **COUNTRYWIDE BANK, FSB**; **RECONTRUST COMPANY, NATIONAL ASSOCIATION,** and **FEDERAL HOME LOAN MORTGAGE CORPORATION,** aka FREDDIE MAC, | |
| Defendants. | |

PAGE 1 -   FEDERAL HOME LOAN MORTGAGE CORPORATION'S CORPORATE DISCLOSURE

Pursuant to Fed. R. Civ. P. 7.1, defendant Federal Home Loan Mortgage Corporation, aka Freddie Mac ("Freddie Mac"), advises that it has no parent corporation(s) and no publicly-held company owns 10% or more of Freddie Mac's stock.

DATED:  October 8, 2010

                              LANE POWELL PC

                              By  s/ Megan E. Smith
                                  Pilar C. French, OSB No. 962880
                                  Megan E. Smith, OSB No. 084758
                                  Telephone:  503.778.2170
                              Attorneys for Defendants

PAGE 2 -   FEDERAL HOME LOAN MORTGAGE CORPORATION'S CORPORATE
                DISCLOSURE

116589.0144/872627.1

**LANE POWELL PC**
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200