FILED'11 APR 21 9:17USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN WOODWORTH and GILDA HODGES,

        Plaintiffs,

    v.

BANK OF AMERICA, NATIONAL
ASSOCIATION, as successor in
interest to COUNTRYWIDE BANK,
FSB; RECONTRUST COMPANY,
NATIONAL ASSOCIATION; and
FEDERAL HOME LOAN MORTGAGE
CORPORATION aka FREDDIE MAC;

        Defendants.

Civ. No. 09-3058-CL

**ORDER**

**PANNER, District Judge:**

Magistrate Judge Mark D. Clarke filed a Report and
Recommendation, and the matter is now before this court. See 28
U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no
objections have been filed, this court reviews the legal
principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d

1 - ORDER

1202, 1206 (9th Cir. 1983).

I have given this matter *de novo* review. I find no error in the Report and Recommendation. Magistrate Judge Clarke's Report and Recommendation (#78) is adopted.

IT IS SO ORDERED.


DATED this __21__ day of April, 2011.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER