IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN WOODWORTH and GILDA HODGES,

        Plaintiffs,

    v.

BANK OF AMERICA, NATIONAL
ASSOCIATION, as successor in
interest to COUNTRYWIDE BANK,
FSB; RECONTRUST COMPANY,
NATIONAL ASSOCIATION; and
FEDERAL HOME LOAN MORTGAGE
CORPORATION aka FREDDIE MAC;

        Defendants.

Civ. No. 09-3058-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See <u>Lorin Corp. v Goto & Co., Ltd.</u>, 700 F.2d

1 - ORDER

1202, 1206 (9th Cir. 1983). I find no error in the Report and Recommendation. Magistrate Judge Clarke's Report and Recommendation (#120) is adopted.

    IT IS SO ORDERED.

    DATED this __21__ day of June, 2012.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER